IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH BLAKE MITCHELL                                        PLAINTIFF

v.                              No. 3:24-cv-222-DPM

SHANE RUSSELL, Sheriff,
Sharp County                                                 DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 4*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Strike recommended.  28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025