IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH BLAKE MITCHELL                                    PLAINTIFF

v.                       No. 3:24-cv-222-DPM

SHANE RUSSELL, Sheriff,
Sharp County                                             DEFENDANT

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025